Certificate Number: 13858-MD-DE-038588823

Bankruptcy Case Number: 24-13336



13858-MD-DE-038588823

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 19, 2024, at 3:06 o'clock PM EDT, Tyneshia D. Barnett completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date:   June 19, 2024            By:   /s/Marco Vera

                                 Name: Marco Vera

                                 Title: Counselor