Certificate Number: 16339-MD-DE-038399138

Bankruptcy Case Number: 24-13336



16339-MD-DE-038399138

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 20, 2024, at 8:37 o'clock PM EDT, Alicia A Barnett completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date:  April 20, 2024

By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor