United States Bankruptcy Court
District of Maryland

In re:                                                                                                    Case No. 24-13336-DER

Tyneshia D. Barnett                                                                              Chapter 7

Alicia A. Barnett

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-1                              User: admin                                        Page 1 of 3

Date Rcvd: Jul 23, 2024                        Form ID: 318                              Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | | Tyneshia D. Barnett, Alicia A. Barnett, 6811 Holabird Ave., Dundalk, MD 21222-1746 |
| 32521558 | + | Capital Bank N.A., 2275 Research Blvd. Ste 600, Rockville, MD 20850-6238 |
| 32521561 | + | Cornerstone, Pob Box 145122, Salt Lake City, UT 84114-5122 |
| 32523105 | + | Green Funds Group Green Funds Express, PO BOX 1427, Addison, IL 60101-8427 |
| 32521565 | + | IH5 Property North Carolina Lp, 2626 Glenwood Avenue,, Suite 550, Raleigh, NC 27608-1370 |
| 32521567 | + | Jason Weber, 200 E. Joppa Road, Suite 301, Towson, MD 21286-3108 |
| 32521569 | | Lendmark Financial Services LLC, c/o Fradkin & Weber, P.A., Towson, MD 21286 |
| 32521574 | + | Nock Bros, LLC, 120 Sister Pierre Dr. Unit #307, Towson, MD 21204-7526 |
| 32521575 | + | Pebble Creek LLLP, 1025 Cranbrook Road, Cockeysville, MD 21030-1465 |
| 32521577 | + | Rena Lynne Strauss, Grant Riffkin Strauss PC, 15204 Omega Dr Ste 210, Rockville, MD 20850-4838 |
| 32521579 | + | Town and Country Moverz, 7650 Rickenbacker Drive, Gaithersburg, MD 20879-4773 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32521557 | + | EDI: AARGON.COM | Jul 23 2024 23:12:00 | Aargon Agency Inc, Attn: Bankruptcy, 8668 Spring Mountain Road, Las Vegas, NV 89117-4119 |
| 32593473 | | Email/PDF: bncnotices@becket-lee.com | Jul 23 2024 19:34:51 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 32522304 | | Email/Text: bankruptcy@baltimorecountymd.gov | Jul 23 2024 19:18:00 | Deputy County Attorney, Baltimore County Office of Law, 400 Washington Avenue, 2nd Floor, Towson, MD 21204 |
| 32522301 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 23 2024 19:17:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32521559 | + | EDI: CAPITALONE.COM | Jul 23 2024 23:12:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 32521560 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 23 2024 19:17:00 | Comptroller of Maryland, Bankruptcy Unit, 301 W. Preston St. Room 409, Baltimore, MD 21201-2383 |
| 32521562 | + | EDI: CCS.COM | Jul 23 2024 23:12:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 32521563 | + | Email/Text: bankruptcy@fco.com | Jul 23 2024 19:18:00 | Fair Collections & Outsourcing, Attn: Bankruptcy Dept, 12304 Baltimore Ave Suite #E, Beltsville, MD 20705-1314 |
| 32521564 | + | Email/Text: info@blibaumlaw.com | Jul 23 2024 19:18:00 | Gary Blibaum, Esq., 40 York Road, Suite 300, Towson, MD 21204-5266 |
| 32523105 | + | Email/Text: collections@greenfundsexpress.net | Jul 23 2024 19:18:00 | Green Funds Group Green Funds Express, PO BOX 1427, Addison, IL 60101-8427 |
| 32521566 | + | EDI: IRS.COM | | |

| | | Jul 23 2024 23:12:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
|---|---|---|---|
| 32521567 | + Email/Text: jason@fradkinweber.com | Jul 23 2024 19:18:00 | Jason Weber, 200 E. Joppa Road, Suite 301, Towson, MD 21286-3108 |
| 32521568 | Email/Text: bk@lendmarkfinancial.com | Jul 23 2024 19:17:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 32521570 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2024 19:24:24 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 32521571 | + Email/Text: EDI@CACIONLINE.NET | Jul 23 2024 19:18:00 | Midwest Recovery Systems, Attn: Bankruptcy, Po Box 899, Florissant, MO 63032-0899 |
| 32521572 | + EDI: NAVIENTFKASMSERV.COM | Jul 23 2024 23:12:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 32521573 | + EDI: NFCU.COM | Jul 23 2024 23:12:00 | Navy Federal Cr Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 32521576 | EDI: PRA.COM | Jul 23 2024 23:12:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 32521578 | + Email/Text: enotifications@santanderconsumerusa.com | Jul 23 2024 19:18:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 32522303 | + Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jul 23 2024 19:19:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32522302 | + Email/Text: Bankruptcy_group@baltimorecity.gov | Jul 23 2024 19:18:00 | Supervisor of Delin. Accts., Abel Wolman Municipal Building, 200 Holliday Street- Room #1 Bankruptcy, Baltimore, MD 21202-6295 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2024                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|

District/off: 0416-1                                    User: admin                                              Page 3 of 3
Date Rcvd: Jul 23, 2024                                Form ID: 318                                         Total Noticed: 30

Eric S. Steiner
                          info@steinerlawgroup.com  eric.steinerlawgroup.com@recap.email

Zvi Guttman

                          zguttman@gmail.com  zviguttman@outlook.com,MD55@ecfcbis.com


TOTAL: 2

Entered: July 23, 2024
Signed: July 23, 2024

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

---

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Tyneshia D. Barnett** | Social Security number or ITIN  **xxx–xx–1346** |
| | First Name    Middle Name    Last Name | EIN  _ _ _ – _ _ _ _ _ _ _ |
| Debtor 2 | **Alicia A. Barnett** | Social Security number or ITIN  **xxx–xx–4906** |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN  _ _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court  **District of Maryland**

Case number:  **24–13336 DER    Chapter:  7**

---

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tyneshia D. Barnett                    Alicia A. Barnett

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**