United States Bankruptcy Court
District of Maryland

In re:  
Tyneshia D. Barnett  
Alicia A. Barnett  
    Debtors

Case No. 24-13336-DER  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0416-1      User: admin      Page 1 of 3  
Date Rcvd: Jul 23, 2024      Form ID: clsnodsc      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Tyneshia D. Barnett, Alicia A. Barnett, 6811 Holabird Ave., Dundalk, MD 21222-1746 |
| 32521558 | + | Capital Bank N.A., 2275 Research Blvd. Ste 600, Rockville, MD 20850-6238 |
| 32521561 | + | Cornerstone, Pob Box 145122, Salt Lake City, UT 84114-5122 |
| 32523105 | + | Green Funds Group Green Funds Express, PO BOX 1427, Addison, IL 60101-8427 |
| 32521565 | + | IH5 Property North Carolina Lp, 2626 Glenwood Avenue,, Suite 550, Raleigh, NC 27608-1370 |
| 32521567 | + | Jason Weber, 200 E. Joppa Road, Suite 301, Towson, MD 21286-3108 |
| 32521569 | | Lendmark Financial Services LLC, c/o Fradkin & Weber, P.A., Towson, MD 21286 |
| 32521574 | + | Nock Bros, LLC, 120 Sister Pierre Dr. Unit #307, Towson, MD 21204-7526 |
| 32521575 | + | Pebble Creek LLLP, 1025 Cranbrook Road, Cockeysville, MD 21030-1465 |
| 32521577 | + | Rena Lynne Strauss, Grant Riffkin Strauss PC, 15204 Omega Dr Ste 210, Rockville, MD 20850-4838 |
| 32521579 | + | Town and Country Moverz, 7650 Rickenbacker Drive, Gaithersburg, MD 20879-4773 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Jul 23 2024 19:18:00 | United States Trustee R4_CH7, Garmatz Federal Courthouse, 101 West Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |
| 32521557 | + | Email/Text: aargon@ebn.phinsolutions.com | Jul 23 2024 19:18:00 | Aargon Agency Inc, Attn: Bankruptcy, 8668 Spring Mountain Road, Las Vegas, NV 89117-4119 |
| 32593473 | | Email/PDF: bncnotices@becket-lee.com | Jul 23 2024 19:24:01 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 32522304 | | Email/Text: bankruptcy@baltimorecountymd.gov | Jul 23 2024 19:18:00 | Deputy County Attorney, Baltimore County Office of Law, 400 Washington Avenue, 2nd Floor, Towson, MD 21204 |
| 32522301 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 23 2024 19:17:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32521559 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 23 2024 19:24:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 32521560 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 23 2024 19:17:00 | Comptroller of Maryland, Bankruptcy Unit, 301 W. Preston St. Room 409, Baltimore, MD 21201-2383 |
| 32521562 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 23 2024 19:19:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 32521563 | + | Email/Text: bankruptcy@fco.com | Jul 23 2024 19:18:00 | Fair Collections & Outsourcing, Attn: Bankruptcy Dept, 12304 Baltimore Ave Suite #E, Beltsville, MD 20705-1314 |
| 32521564 | + | Email/Text: info@blibaumlaw.com | Jul 23 2024 19:18:00 | Gary Blibaum, Esq., 40 York Road, Suite 300, Towson, MD 21204-5266 |

Case 24-13336    Doc 20    Filed 07/25/24    Page 2 of 4

| District/off: 0416-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 23, 2024 | Form ID: clsnodsc | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 32523105 | + | Email/Text: collections@greenfundsexpress.net | Jul 23 2024 19:18:00 | Green Funds Group Green Funds Express, PO BOX 1427, Addison, IL 60101-8427 |
| 32521566 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 23 2024 19:18:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 32521567 | + | Email/Text: jason@fradkinweber.com | Jul 23 2024 19:18:00 | Jason Weber, 200 E. Joppa Road, Suite 301, Towson, MD 21286-3108 |
| 32521568 | | Email/Text: bk@lendmarkfinancial.com | Jul 23 2024 19:17:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 32521570 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2024 19:24:25 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 32521571 | + | Email/Text: EDI@CACIONLINE.NET | Jul 23 2024 19:18:00 | Midwest Recovery Systems, Attn: Bankruptcy, Po Box 899, Florissant, MO 63032-0899 |
| 32521572 | + | Email/PDF: pa_dc_claims@navient.com | Jul 23 2024 19:24:26 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 32521573 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 23 2024 19:19:00 | Navy Federal Cr Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 32521576 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 23 2024 19:24:01 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 32521578 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 23 2024 19:18:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 32522303 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jul 23 2024 19:19:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32522302 | + | Email/Text: Bankruptcy_group@baltimorecity.gov | Jul 23 2024 19:18:00 | Supervisor of Delin. Accts., Abel Wolman Municipal Building, 200 Holliday Street- Room #1 Bankruptcy, Baltimore, MD 21202-6295 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 25, 2024                Signature:        /s/Gustava Winters

District/off: 0416-1 User: admin Page 3 of 3
Date Rcvd: Jul 23, 2024 Form ID: clsnodsc Total Noticed: 31

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric S. Steiner | info@steinerlawgroup.com eric.steinerlawgroup.com@recap.email |
| Zvi Guttman | zguttman@gmail.com zviguttman@outlook.com,MD55@ecfcbis.com |

TOTAL: 2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **24−13336 − DER**   Chapter: **7**

**Tyneshia D. Barnett and**
**Alicia A. Barnett**
Debtors

## NOTICE THAT CASE IS ELIGIBLE
## TO BE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case is eligible to be closed without entry of discharge as Debtor did not file Official Form 423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: 7/23/24

Mark A. Neal, Clerk of Court
by Deputy Clerk, Laurie Arter
301−344−3327

Form clsnodsc